UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NUSCIENCE CORPORATION, | ) | No. CV 08-2661 GAF (FFM) |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| v. | ) | |
| ROBERT HENKEL, et al., | ) | |
| Defendants.. | ) | |

The Court orders Joseph Henkel and Sharon Henkel to show cause, within 30 days from the date of this order, why they should not be held in contempt for violating the April 14, 2009 judgment in this action ("Judgment") and the June 15, 2012 order finding Robert and Michael Henkel in contempt for violating the Judgment ("Contempt Order"). Copies of the Judgment and Contempt Order are attached hereto.

IT IS SO ORDERED.

DATED: March 31, 2014

*Gary Feess*

GARY A. FEESS
United States District Judge