**JACOBSON, RUSSELL, SALTZ & FINGERMAN, LLP**
Michael J. Saltz, Esq.  SBN 189751
msaltz@jrsfllp.com
Colby A. Petersen, Esq. SBN 189751
cpetersen@jrsfllp.com
10866 Wilshire Boulevard, Suite 1550
Los Angeles, CA  90024
Telephone:  (310) 446-9900
Facsimile:   (310) 446-9909

Attorneys for Plaintiff NuScience Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUSCIENCE CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT HENKEL, an individual, ROBERT HENKEL, d/b/a/ DUETROCELL, a business entity of unknown form, and MICHAEL HENKEL, an individual,<br><br>    Defendants. | Case No.: CV08-2661 GAF (FFMx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT NUSCIENCE CORPORATION'S APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENT TO ITS APPLICATION FOR TEMPORARY RESTRAINING ORDER TO ENJOIN FURTHER REVEAL OF NUSCIENCE'S TRADE SECRETS AND REISSUE ARREST WARRANTS AGAINST ROBERT AND MICHAEL HENKEL<br><br>[L.R. 79-5.1].<br><br>[Proposed Order filed herewith]. |

Case No.:  CV-08-2661 GAF (FFMx)
File No.:  3.038.007                                1
[PROPOSED] ORDER ON APPLICATION FOR ORDER TO FILE UNDER SEAL SUPPLEMENT TO APPLICATION FOR TRO

ORIGINAL

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiff NuScience Corporation's Application for an Order to File Under Seal its Supplement To Its Application For Temporary Restraining Order To Enjoin Further Reveal Of Nuscience's Trade Secrets And Reissue Arrest Warrants Against Robert And Michael Henkel and attached exhibits, ~~came on for decision on _____ at _____, in Courtroom "740" of the above-entitled Court:~~

After full consideration of the Application, the Court finds that:

IT IS ORDERED that Plaintiff's Application is granted. The Supplement to the Application for Temporary Restraining Order and attached Exhibits are deemed filed under seal.

IT IS SO ORDERED.

DATED: 11/13/14

_____
United States District Judge